

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Winters individually, and on behalf of other members of the general public similarly situated ; Jake Gruber individually, and on behalf of other members of the general public similarly **Plaintiff,** <br> V. <br> Two Towns Ciderhouse Inc. <br><br> **Defendant.** | **Civil Action No.** 20-cv-00468-BAS-BGS <br><br> **JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Judgment in favor of Plaintiffs and against Defendant without any admission by 2 Towns of liability or as to the merits of any of the allegations in the Complaint.

Case is hereby closed.

| | |
|---|---|
| **Date:**    5/20/21 | **CLERK OF COURT** <br> **JOHN MORRILL, Clerk of Court** <br> By:  s/ J. Olsen <br> J. Olsen, Deputy |